Glenn A. Danas (SBN 270317)
gdanas@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
Chad Saunders (SBN 257810)
chad@crosnerlegal.com
CROSNER LEGAL, PC
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (818) 700-9973

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOGLE, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>WONOLO INC., a Delaware Corporation,<br><br>            Defendant | Case No. 2:21-cv-08878 MCS(KSx)<br><br>**NOTICE OF DISMISSAL** |

NOTICE OF DISMISSAL

1  TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF
2  RECORD, Plaintiff Christopher Bogle, on behalf of himself and all others similarly
3  situated, hereby dismisses the entire above-captioned action with prejudice pursuant
4  to Rule 41(a)(1)(A)(i).  Each side shall bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: December 2, 2024          **CLARKSON LAW FIRM, P.C.**

By: */s/ Glenn A. Danas*
Glenn A. Danas, Esq.

**CROSNER LEGAL, PC**
Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
Chad Saunders (SBN 257810)
chad@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (818) 700-9973

*Attorneys for Plaintiff and the Putative Class*